UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Victoria L. Hoag,

        Plaintiff,

                                    Case No.: 1:09-cv-803

v.

                                    HONORABLE PAUL L. MALONEY

Commissioner of
Social Security,

        Defendant.
_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation (Dkt. #8) filed by United States

Magistrate Judge Joseph G. Scoville in this action.  The Report and Recommendation was duly

served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the

Court.

        **THEREFORE, IT IS ORDERED** that the defendant's motion for summary judgment (Dkt.

#4) is **GRANTED** for the reasons stated in the Report and Recommendation.

        **This action is terminated.**


Dated:  February 3, 2010               /s/ Paul L. Maloney_____
                                   Paul L. Maloney
                                   Chief United States District Judge