UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA L. HOAG,

    Plaintiff,

v.

    Case No. 1:09-cv-803

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and granting defendant's motion for summary judgment, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: February 3, 2010             /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge